IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIC HOUSTON,
    Plaintiff,

vs.                                        Case No.:  3:15cv104/MCR/EMT

FRANK WHITE, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 20, 2015 (doc. 8).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The clerk of court shall transfer this case to the United States District Court for the Middle District of Pennsylvania, and close the file.

    **DONE AND ORDERED** this 11th day of June 2015.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**